1   DAVID E. MASTAGNI, ESQ. (SBN 204244)
    ISAAC S. STEVENS, ESQ. (SBN 251245)
2   ACE T. TATE, ESQ. (SBN 262015)
    **MASTAGNI HOLSTEDT**
3   *A Professional Corporation*
    1912 "I" Street
4   Sacramento, California 95811
    Telephone: (916) 446-4692
5   Facsimile: (916) 447-4614
6
    Attorneys for Plaintiffs
7

8   JESSE J. MADDOX, Bar No. 219091
    jrnaddox@lcwlegal.com
9   MICHAEL D. YOURIL, Bar No. 285591
    myouril@lcwlegal.com
10  **LIEBERT CASSIDY WHITMORE**
    A Professional Law Corporation
11  5250 North Palm Ave, Suite 310
    Fresno, California 93704
12  Telephone: 559.256.7800
    Facsimile: 559.449.4535
13
    Attorneys for Defendant
14

15              IN THE UNITED STATES DISTRICT COURT

16              EASTERN DISTRICT OF CALIFORNIA

17  RYAN KNIGHT, et al., on behalf of himself      )   Case No. 2:16-cv-01290-WBS-EFB
    and all similarly situated individuals,        )
18                                                 )   **STIPULATION TO MODIFY**
                                                   )   **SCHEDULING ORDER; [~~PROPOSED~~]**
19                    Plaintiffs,                  )   **ORDER THEREON**
    v.                                             )
20                                                 )
    CITY OF TRACY,                                 )
21                                                 )
                      Defendant.                   )
22  _____       )

23      TO THE COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF

24  RECORD:

25      WHEREAS, this putative collective action was filed on June 10, 2016, asserting that

26  Defendant violated the overtime payment provisions of the Fair Labor Standards Act ("FLSA");

27  ///

28

---

STIPULATION MODIFY SCHEDULING ORDER;                          *KNIGHT, et al. v. CITY OF TRACY*
[PROPOSED} ORDER                          1                    Case No. 2:16-cv-01290-WBS-EFB

1      WHEREAS, on August 25, 2017, the Court granted the Parties' stipulated request to modify

2   its Initial Pretrial Scheduling Order.  The current schedule is:

3         Last Day to Disclose Expert Witnesses and Reports: December 1, 2017

4         Last Day to Disclose Rebuttal Expert Witnesses and Reports: January 2, 2018

5         Last Day to Complete all Discovery: April 17, 2018

6         Last Day to File Dispositive or Evidentiary Motions: May 12, 2018

7         Final Pre-Trial Conference: August 27, 2018, at 1:30 p.m. in Courtroom No. 5.

8         Settlement Conference: To be set at the Final Pre-Trial Conference

9         Trial: October 30, 2018 at 9:00 a.m. (10 days in length)

10        WHEREAS, the Parties are working diligently towards settling this case.  Plaintiffs have

11  tendered a settlement offer to Defendant.  Defendant is in the process of reviewing Plaintiffs' offer.

12  Defendant's City Council is scheduled to meet and discuss Plaintiffs' offer on December 19, 2017.

13        WHEREAS, the Parties desire more time to fully explore settlement before incurring

14  significant expert expenses.   The Parties respectfully submit that good cause exists to continue the

15  upcoming expert disclosure dates for 45 days.  Neither party will be prejudiced, and the continuance

16  will not impact the current trial date.

17        THEREFORE, IT IS HEREBY STIPULATED by the Parties that the Court's Pretrial

18  Scheduling Order be modified as follows:

19        Last Day to Disclose Expert Witnesses and Reports: January 15, 2018

20        Last Day to Disclose Rebuttal Expert Witnesses and Reports: February 16, 2018

21        Last Day to Complete all Discovery: April 17, 2018

22        Last Day to File Dispositive or Evidentiary Motions: May 12, 2018

23        Final Pre-Trial Conference: August 27, 2018, at 1:30 p.m. in Courtroom No. 5.

24        Settlement Conference: To be set at the Final Pre-Trial Conference

25        Trial: October 30, 2018 at 9:00 a.m. (10 days in length)

26  ///

27  ///

28

1    ///

2    Respectfully submitted:

3
     Dated: November 29, 2017                    **MASTAGNI HOLSTEDT, APC**
4

5                                                By: */s/ Ace T. Tate*
                                                 DAVID E. MASTAGNI, ESQ.
6                                                ISAAC S. STEVENS, ESQ.
                                                 ACE T. TATE, ESQ.
7                                                Attorneys for Plaintiffs

8
     Dated: November 29, 2017                    **LIEBERT CASSIDY WHITMORE**
9

10
                                                 By: *Jesse J. Maddox*
11                                               JESSE J. MADDOX
                                                 MICHAEL D. YOURIL
12                                               Attorneys for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# ORDER

2      GOOD CAUSE SHOWN, IT IS SO ORDERED that the Court's Pretrial Scheduling Order

3 be modified as follows:

4      Last Day to Disclose Expert Witnesses and Reports: **January 16, 2018**

5      Last Day to Disclose Rebuttal Expert Witnesses and Reports: February 16, 2018

6      Last Day to Complete all Discovery: April 17, 2018  (remains unchanged)

7      Last Day to File Dispositive or Evidentiary Motions: **May 14, 2018**

8

9      Final Pre-Trial Conference: August 27, 2018, at 1:30 p.m. in Courtroom No. 5. (remains unchanged)

10

11      Settlement Conference: To be set at the Final Pre-Trial Conference

12      Trial: October 30, 2018 at 9:00 a.m. (10 days in length) (remains unchanged)

13

14

15

16

17 DATED:  November 29, 2017                                    /s/ JOHN A. MENDEZ
                                                                         for WILLIAM B. SHUBB
18                                                                      JUDGE, U.S. DISTRICT COURT

19

20

21

22

23

24

25

26

27

28